

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 25, 2015

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

      Re:   **United States v. Ariel Ilyasov and Kelly Feliciano,**
             S4 10 Cr. 821 (JGK)

Dear Judge Koeltl:

      The Government respectfully writes in response to the Court's order requesting more information about the above-referenced defendants' orders of restitution (the "Orders"). As the Court may recall, the Orders were entered by the Court upon consent of all parties after some negotiation among the parties. Of particular note for the Court, Ilyasov and Feliciano were the only two defendants in this multi-defendant case associated with a clinic on Hillside Avenue, which was separate from the Pitkin Avenue clinic that was the primary focus of the investigation. Accordingly, the Orders are correct in making restitution joint and several between defendants Ariel Ilyasov and Kelly Feliciano only.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney

          By:   /S/
                  Daniel S. Goldman
                  Assistant United States Attorney
                  (212) 637-2289

cc:    Brian Waller, Esq.
        John Russo, Esq.
        (by ECF)